IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **DAKOTA G. FISCHER,** | : | |
| **Plaintiff,** | : | **Case No. 2:19-cv-1342** |
| vs. | : | **Chief Judge Edmund A. Sargus, Jr.** |
| **REMINGTON ARMS COMPANY, LLC et al.,** | : | **Chief Magistrate Judge Elizabeth P. Deavers** |
| | : | |
| **Defendants.** | : | |

### STIPULATION OF DISMISSAL OF DEFENDANT REMINGTON ARMS COMPANY, LLC

Pursuant to Fed.R.Civ.Proc. 41(a)(1)(ii), Plaintiff, Dakota Fischer ("Plaintiff"), and Defendant, Remington Arms Company, LLC ("Defendant") by and through counsel, hereby stipulate and agree as follows:

1. Based, in part, upon the deposition testimony of February 26, 2020, Plaintiff agrees to dismiss his claims with prejudice against Defendant.

2. In exchange for Plaintiff's agreement to dismiss all claims, Defendant and Defendant's counsel and law firm will not seek attorney fees, costs, or sanctions against Plaintiff, or Plaintiff's law firm and lawyers.

3. Plaintiff and Plaintiff's lawyers further agree to preserve their entire file relative to this matter, as well as all related evidence in their possession, including without limitation all physical evidence, photographs (in their native format), deposition exhibits, and documentation of communications with anyone (in their native format), until a written communication between them and counsel for Defendant or an Order of this Court revises or terminates this preservation agreement. Plaintiff's law firm and lawyers agree to address any reasonable inquires with

respect to production of the same and/or comply with any Court orders with respect to production of the same.

4. Defendant Remington intends to pursue sanctions against a non-party and requests that this Court retain jurisdiction over any such motions filed by Remington for sanctions and/or recovery of costs and attorneys fees.

_____
Brian G. Miller (0063241)
Brian G. Miller Co., L.P.A.
250 West Old Wilson Bridge Road, Suite 270
Worthington, Ohio 43085
Telephone: (614) 221-4035
Facsimile: (614) 987-7841
Email: bgm@bgmillerlaw.com
*Counsel for Plaintiff*

/s/ Steven E. Danekas w/authority 3/11/2020
Robert V. Kish (0075926)
Remington Co., L.P.A.
200 Civic Center Drive, Suite 800
Columbus, Ohio 43215
Telephone: (614) 232-2416
Email: rkish@reminger.com

Steven E. Danekas
Swanson Martin & Bell, L.L.P.
330 North Wabash, Suite 3300
Chicago, IL 60611
Telephone: (312) 923-8273
Email: sdanekas@smbtrials.com
*Admitted Pro Hac Vice*

*Counsel Defendant Remington Arms Company, LLC*