UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DAKOTA FISCHER, | CIVIL ACTION NO. 2:19-cv-01342 |
| Plaintiff, | |
| vs. | |
| REMINGTON ARMS COMPANY, LLC, REMINGTON OUTDOOR CO., INC., THE MARLIN FIREARMS CO., HORNADY MANUFACTURING CO., and ABC COMPANIES #1 through #5, | Judge Edmund A. Sargus, Jr. |
| Defendants. | |

**MOTION FOR LEAVE TO FILE UNDER SEAL**

COMES NOW, Defendant Hornady Manufacturing Co., and pursuant to Local Civil Rule 5.2.1 moves this Court for leave to file a Settlement Agreement entered into between Hornady and Plaintiff Dakota Fischer under seal. In support of this motion, Hornady states:

1. Concurrently with this motion, Hornady and Fischer are filing a Stipulation and Joint Motion for Entry of Judgment with an attached Proposed Judgment;

2. The Stipulation and Joint Motion for Entry of Judgment and Proposed Judgment make reference to a Settlement Agreement entered into between Hornady and Fischer;

3. The Settlement Agreement resolves issues between Hornady and Fischer raised with the Court in Hornady's Motion to Retain Jurisdiction and Notice of Intent to File Sanctions Motion, Docket No. 33;

4. Hornady believes the terms of the Settlement Agreement are germane to the Court's consideration of said motion and should be reviewed by the Court *in camera*; and

5. Hornady and Fischer would like the Settlement Agreement to be filed under seal so as to make that document not publicly available on the Court's docket.

WHEREFORE, Hornady respectfully requests leave of the Court to file the Settlement Agreement under seal for the Court's review *in camera* in its consideration of the Stipulation and Joint Motion for Entry of Judgment.

DATED this 6th day of May, 2020

                HORNADY MANUFACTURING CO., Defendant

By: /s/ Kevin J. Schneider
Kevin J. Schneider, # 18898
CLINE WILLIAMS WRIGHT
  JOHNSON & OLDFATHER, L.L.P.
1900 U.S. Bank Building
233 South 13th Street
Lincoln, Nebraska 68608-2095
(402) 474-6900
kschneider@clinewilliams.com

*Admitted Pro Hac Vice*

James E. Arnold (0037712)
Damion M. Clifford (077777)
Arnold & Clifford LLP
115 W. Main Street, 4th Floor
Columbus, NE 43215
dclifford@arnlaw.com

*Counsel for Defendant Hornady*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on May 6, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which by its operation will send notification of such filing to all registered parties.

Brian G. Miller
Adam L. Slone
Brian G. Miller Co., LPA
250 West Old Wilson Bridge Road, Suite 270
Worthington, Ohio 43085
bgm@bgmillerlaw.com
als@bgmillerlaw.com
*Attorneys for Plaintiff*

Robert V. Kish
Reminger Co., LPA
200 Civic Center Drive, Suite 800
Columbus, Ohio 43215
rkish@reminger.com
*Attorney for Defendants Remington Arms Company, LLC and Remington Outdoor Co., Inc.*

Steven E. Danekas
Swanson Martin & Bell, LLP
Suite 3300
330 North Wabash
Chicago, IL 60611
sdanekas@smbtrials.com
*Attorney for Defendants Remington Arms Company, LLC and Remington Outdoor Co., Inc.*

                                             By:    /s/ Kevin J. Schneider
                                                        Kevin J. Schneider

4820-0534-1115, v. 1