**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**DAKOTA FISCHER,**

      **Plaintiff,**

  **v.**

**REMINGTON ARMS COMPANY, LLC,** *et al.***,**

      **Defendants.**

Case No. 2:19-cv-1342
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth Preston Deavers

## ORDER

The matter before the Court is Defendant Hornady Manufacturing Company's Motion for Sanctions against Non-Party Witnesses George Shope and Joshua Gee (ECF No. 40).  Mr. Shoppe and Mr. Gee are **ORDERED** to file their response by May 22, 2020.  Failure to respond may result in sanctions.  Defendant Hornady is **ORDERED** to file its reply 7 days after the responses are filed.

    **IT IS SO ORDERED.**

**5/8/2020**
**DATE**

                             **s/Edmund A. Sargus, Jr.**
                              EDMUND A. SARGUS, JR.
                              UNITED STATES DISTRICT JUDGE