UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| FISCHER, DAKOTA<br><br>Plaintiff,<br><br>vs.<br><br>REMINGTON ARMS COMPANY, LLC,<br>REMINGTON OUTDOOR CO., INC.,<br>THE MARLIN FIREARMS CO.,<br>HORNADY MANUFACTURING CO.,<br>and ABC COMPANIES #1 through #5,<br><br>Defendants. | CIVIL ACTION NO. 2:19-cv-01342<br><br><br><br><br>Judge Edmund A. Sargus, Jr. |

**AMENDED STIPULATION AND JOINT MOTION FOR ENTRY OF JUDGMENT**

The parties stipulate and jointly move that the Court enter the Judgment set forth in Exhibit A to this filing. This motion has been amended in view of the Court's denial of Hornady's Motion for Leave to File Under Seal. (Doc. Nos. 39, 44.)

In support of this stipulation and joint motion, the parties represent to the Court that Defendant Hornady Manufacturing Co. and Plaintiff Dakota Fischer have entered into a Settlement Agreement respecting the subject matter of Hornady's Motion to Retain Jurisdiction and Notice of Intent to File Sanctions Motion, (Doc. No. 33), filed March 11, 2020. A true and correct copy of the executed Settlement Agreement is attached hereto as Exhibit B for the Court's review.

DATED this 12th day of May, 2020.

| | |
|---|---|
| HORNADY MANUFACTURING CO., Defendant. | DAKOTA FISCHER, Plaintiff. |
| By: /s/ Kevin J. Schneider<br>Kevin J. Schneider, #18898<br>CLINE WILLIAMS WRIGHT<br>    JOHNSON & OLDFATHER, L.L.P.<br>1900 U.S. Bank Building<br>233 South 13th Street<br>Lincoln, Nebraska 68508-2095<br>(402) 474-6900<br>kschneider@clinewilliams.com | By: /s/ Brian G. Miller<br>Brian G. Miller, (0063241)<br>Adam L. Slone<br>Brian G. Miller Co., LPA<br>250 West Old Wilson Bridge Road, Suite 270<br>Worthington, Ohio 43085<br>bgm@bgmillerlaw.com<br>als@bgmillerlaw.com |
| *Admitted Pro Hac Vice* | *Attorneys for Plaintiff* |

James E. Arnold (0037712)
Damion M. Clifford (077777)
Arnold & Clifford LLP
115 W. Main Street, 4th Floor
Colombus, OH 43215

*Counsel for Defendant Hornady*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 12, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which by its operation will send notification of such filing to all registered parties.

Brian G. Miller
Adam L. Slone
Brian G. Miller Co., LPA
250 West Old Wilson Bridge Road, Suite 270
Worthington, Ohio 43085
bgm@bgmillerlaw.com
als@bgmillerlaw.com
*Attorneys for Plaintiff*

Robert V. Kish
Reminger Co., LPA
200 Civic Center Drive, Suite 800
Columbus, Ohio 43215
rkish@reminger.com
*Attorney for Defendants Remington Arms*
*Company, LLC and Remington Outdoor Co., Inc.*

Steven E. Danekas
Swanson Martin & Bell, LLP
Suite 3300
330 North Wabash
Chicago, IL 60611
sdanekas@smbtrials.com
*Attorney for Defendants Remington Arms*
*Company, LLC and Remington Outdoor Co., Inc.*

                                              By:   /s/ Kevin J. Schneider
                                                         Kevin J. Schneider

4831-7125-5484, v. 1