UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| FISCHER, DAKOTA<br><br>    Plaintiff,<br><br>vs.<br><br>REMINGTON ARMS COMPANY, LLC,<br>REMINGTON OUTDOOR CO., INC.,<br>THE MARLIN FIREARMS CO.,<br>HORNADY MANUFACTURING CO.,<br>and ABC COMPANIES #1 through #5,<br><br>    Defendants. | CIVIL ACTION NO. 2:19-cv-01342<br><br>Judge Edmund A. Sargus, Jr. |

**JUDGMENT ENTRY**

This matter comes before the Court on the stipulation and joint motion of the parties (Doc. No. _____), who advise the Court that they have resolved Defendant Hornady Manufacturing Co.'s potential right to seek sanctions against Plaintiff Dakota Fischer, as set forth in Hornady's Motion to Retain Jurisdiction and Notice of Intent to File Sanctions Motion, (Doc. No. 33), filed March 11, 2020, under the terms set forth in a mutual Settlement Agreement. The Court finds that the stipulation and joint motion should be approved and this Order entered.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED:

1. Pursuant to the Stipulation of Dismissal of Defendant Hornady Manufacturing Co., (Doc. No. 32), Plaintiff's claims against Hornady are dismissed with prejudice.

2. Judgment is entered against Plaintiff and in favor of Hornady in the amount of $30,000.00. This sum to be paid by Plaintiff according to the attached schedule. Terms of default as to any scheduled payment are set forth in the Settlement Agreement.

3. This Court retains jurisdiction over this case to enforce the terms of the Settlement Agreement

4. This Court retains jurisdiction over this case to enforce this Order.

5. Any relief not provided for in this judgment is denied.

6. Judgment is entered accordingly.


Dated this _____ day of _____, 2020.


By: _____
Hon. Edmund A. Sargus, Jr.
United States District Judge

4832-9306-0281, v. 5