FILED
RICHARD W. NAGEL
CLERK OF COURT
5-21-20
2020 MAY 22 PM 12:26
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

To Whom it may concern:

I George Shope am writing in response to a letter I received from Hornady that it was ordered for me to file a response.

The first letter I received from Hornady was they were suing Dakota Fisher, Josh Gee, and me George Shope. In the letter it says that we owe $100,000 split between us. Well when I tried to call them to try to settle Hornady wouldn't even listen, they told me I had to have $50,000 up front. I asked why when it was only $33,000 and something. Hornady said well thats what it is or we are filing in court. They said I had till such date so a week later my wife called them and ask them if we could settle because he was kinda nasty with me. Well he got nasty with her and told her she better dig deep in her pockets, deeper than she ever had. Wanted my wife to right everything in our house down and everything we owned, and what it w

5-21-20

worth. Well we were advised by a friend not to do this unless we were so ordered. But Hornady said if we didn't come up with the money that they would auction off everything. Hornady even told my wife he would sell all her stuff and our son's stuff! I do not want their stuff sold for something I did and didn't mean to. I tried to explain I wasn't trying to lie I was trying to let them know the truth.

Whomever this concerns I would like to let you know it wasn't a deliberate lie or my grandson would have won, not lost.

In closing just to let you know, I only have a car in my name and I draw disability Social Security. I have nothing else to give them. I don't know if Hornady thinks I'm rich or not but believe me (I am not.) You can come to my house and look. When they were only suppose to try to get $33,000 something from me and turn around and tell my wife she has to come up

5-21-2

$100,000 or Hornady would sell everyth[ing] Me (George) my wife and my son's stuf[f] that we own. I do not know of any thing else to tell you. I don't know w[hat] else to do.

Very Sincerely You[rs]
George Sho[pe]
*George Shope*

11820 St Rt 139
Jackson, OH 45640