UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DAKOTA FISCHER,<br><br>    Plaintiff,<br><br>vs.<br><br>REMINGTON ARMS COMPANY, LLC,<br>REMINGTON OUTDOOR CO., INC.,<br>THE MARLIN FIREARMS CO.,<br>HORNADY MANUFACTURING CO.,<br>and ABC COMPANIES #1 through #5,<br><br>    Defendants. | CIVIL ACTION NO. 2:19-cv-01342<br><br><br><br><br>Judge Edmund A. Sargus, Jr. |

**Hornady Manufacturing Co.'s Reply in Support of Motion for Sanctions
Against Non-Party Witnesses George Shope and Joshua Gee**

Respectfully submitted:

| | |
|---|---|
| Kevin J. Schneider, # 18898<br>CLINE WILLIAMS WRIGHT<br>  JOHNSON & OLDFATHER, L.L.P.<br>1900 U.S. Bank Building<br>233 South 13th Street<br>Lincoln, Nebraska 68608-2095<br>(402) 474-6900<br>kschneider@clinewilliams.com<br>*Admitted Pro Hac Vice* | James E. Arnold (0037712)<br>Damion M. Clifford (077777)<br>Arnold & Clifford LLP<br>115 W. Main Street, 4th Floor<br>Columbus, NE 43215<br>dclifford@arnlaw.com |

*Counsel for Defendant Hornady*

Dated this 29th day of May, 2020

Hornady Manufacturing Company hereby replies with regard to its Motion for Sanctions as follows:

1. This Court ordered that George Shope and Joshua Gee respond to the Motion for Sanctions by May 22, 2020.

2. As of today's date, Hornady has not received anything from Joshua Gee and is not aware of any filing by Mr. Gee.

3. George Shope filed a letter with the Court on May 22, 2020 (filing 51.)

4. In reply, Hornady submits the Declaration of Kevin J. Schneider dated May 29, 2020 (Exhibit 1).

5. While Hornady does not believe the implications in Shope's letter that he has been dealt with unfairly by counsel for Hornady are relevant to the issues before the Court on Hornady's Motion for Sanction, Hornady nonetheless submits this declaration to clarify that it has made every effort to privately settle this dispute with Shope in a matter that is reasonable and respectful.

6. Hornady believes that its Motion for Sanctions is now fully submitted and can be decided by the Court.  Hornady requests an order that George Shope and Joshua Gee be responsible for sanctions in this matter, with the amount to be determined based upon additional submissions by Hornady as to its attorney's fees, expenses and costs.

[*Signature on next page.*]

                HORNADY MANUFACTURING CO.,
                Defendant

By:   /s/ Kevin J. Schneider
       Kevin J. Schneider, # 18898
       CLINE WILLIAMS WRIGHT
         JOHNSON & OLDFATHER, L.L.P.
       1900 U.S. Bank Building
       233 South 13th Street
       Lincoln, Nebraska 68608-2095
       (402) 474-6900
       kschneider@clinewilliams.com

*Admitted Pro Hac Vice*

James E. Arnold (0037712)
Damion M. Clifford (077777)
Arnold & Clifford LLP
115 W. Main Street, 4th Floor
Columbus, NE 43215
dclifford@arnlaw.com

*Counsel for Defendant Hornady*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 29, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which by its operation will send notification of such filing to all registered parties.

Brian G. Miller
Adam L. Slone
Brian G. Miller Co., LPA
250 West Old Wilson Bridge Road, Suite 270
Worthington, Ohio 43085
bgm@bgmillerlaw.com
als@bgmillerlaw.com
*Attorneys for Plaintiff*

Robert V. Kish
Remington Co., LPA
200 Civic Center Drive, Suite 800
Columbus, Ohio 43215
rkish@reminger.com
*Attorney for Defendants Remington Arms Company, LLC and Remington Outdoor Co., Inc.*

Steven E. Danekas
Swanson Martin & Bell, LLP
Suite 3300
330 North Wabash
Chicago, IL 60611
sdanekas@smbtrials.com
*Attorney for Defendants Remington Arms Company, LLC and Remington Outdoor Co., Inc.*

I further certify that on May 29, 2020, I caused the foregoing to be served by U.S. Mail upon the below non-parties:

George Shope
11870 State Route 139
Jackson, OH 45640

Joshua Gee
7141 Mount Tabor Road
Chillicothe, OH 45601

      By:   /s/ Kevin J. Schneider
                 Kevin J. Schneider

4852-6678-4190, v. 1

3