# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DAKOTA G. FISCHER,**

    **Plaintiff,**

    v.

**REMINGTON ARMS COMPANY, LLC,** *et al.***,**

    **Defendants.**

**Case No. 2:19-cv-1342**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Elizabeth P. Deavers**

## ORDER

The matters before the Court are Plaintiff Dakota G. Fischer's Motion to Permit Transfer of Property and Evidence, (ECF No. 55), and Defendant Hornady Manufacturing Company's ("Defendant") Statement in Support. (ECF No. 56). The property in question is currently in the possession of Plaintiff's counsel. Plaintiff no longer has any pending claims in this case and informs the Court that the property may be relevant to Defendant's pending motion for sanctions against certain non-parties. (ECF No. 40). Plaintiff requests permission to transfer this property to Defendant for safekeeping. The property has previously been photographed and/or described and indexed. The Motion, (ECF No. 55), as supported, (ECF No. 56), is **GRANTED**.

    **IT IS SO ORDERED.**

**1/29/2021**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**