UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DAKOTA FISCHER,**

      **Plaintiff,**

  v.

**REMINGTON ARMS COMPANY, LLC,** *et al.*,

      **Defendants.**

Case No. 2:19-cv-1342
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth Preston Deavers

## OPINION AND ORDER

The matter before the Court is Defendant Hornady Manufacturing Company's ("Defendant" or "Hornady") Motion for Sanctions against Non-Party Witnesses George Shope and Joshua Gee (ECF No. 40). Mr. Shope has responded (ECF No. 51). This Court previously deferred ruling on the motion until an in-person evidentiary hearing could be completed (ECF No. 54). The danger which necessitated the deferral, COVID-19, continues, and thus the motion (ECF No. 40) remains **MOOT** until the public health risk posed by COVID-19 abates and the motion can be revived.

    IT IS SO ORDERED.


**3/3/2021**                                            **s/Edmund A. Sargus, Jr.**
**DATE**                                              **EDMUND A. SARGUS, JR.**
                                                      **UNITED STATES DISTRICT JUDGE**