IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DAKOTA FISCHER,**

        **Plaintiff,**           NOTICE

v.          Case No. 2:19-cv-1342
         **JUDGE SARGUS, JR.**

**REMINGTON ARMS COMPANY, LLC, et al.,**

        **Defendants.**

        **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:   United States District Court          Courtroom No. 148
        Joseph P. Kinneary U.S. Courthouse
        85 Marconi Boulevard          **July 27, 2021 at 1:30 p.m.**
        Columbus, Ohio 43215

TYPE OF PROCEEDING: **In-Person Evidentiary Hearing**

**Special Instructions:**
**The movants will serve the non-party witnesses with the notice.**
**The movant will have one hour.**

        **EDMUND A. SARGUS, JR.**
        **UNITED STATES DISTRICT JUDGE**

DATE:   June 29, 2021

          /s /   Christin M. Werner
        (By) Christin M. Werner, Deputy Clerk