IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DAKOTA FISCHER,**

        **Plaintiff,**                      NOTICE

v.                                          Case No. 2:19-cv-1342
                                               JUDGE SARGUS, JR.

**REMINGTON ARMS COMPANY, LLC, et al.,**

        **Defendants.**

      **TAKE NOTICE** that a proceeding in this case has been RESET for the place, date, and time set forth below:

Place:  United States District Court                  Courtroom No. 311
            Joseph P. Kinneary U.S. Courthouse
            85 Marconi Boulevard                   **October 6, 2021 at 9:00 a.m.**
            Columbus, Ohio 43215

TYPE OF PROCEEDING: **In-Person Evidentiary Hearing**

**Special Instructions:**
**The movants will serve the non-party witnesses with the notice.**
**The movant will have one hour.**

                                                  **EDMUND A. SARGUS, JR.**
                                                  **UNITED STATES DISTRICT JUDGE**

DATE:  July 15, 2021

                                                     /s /   Christin M. Werner
                                                  (By) Christin M. Werner, Deputy Clerk