UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DAKOTA FISCHER,<br><br>Plaintiff,<br><br>vs.<br><br>REMINGTON ARMS COMPANY, LLC,<br>REMINGTON OUTDOOR CO., INC.,<br>THE MARLIN FIREARMS CO.,<br>HORNADY MANUFACTURING CO., and<br>ABC COMPANIES #1 through #5,<br><br>Defendants. | CIVIL ACTION NO. 2:19-cv-01342<br><br><br>Judge Edmund A. Sargus, Jr. |

## CERTIFICATE OF SERVICE

Attachment "A" hereto is the Notice of In-Person Hearing resetting the Motion for Sanctions for In-Person Hearing on October 14, 2021 at 9:00 a.m.

I, Kevin J. Schneider, hereby certify that on the 14th day of September, 2021 a true and correct copy of that Notice of In-Person Evidentiary Hearing (Attachment "A") was mailed by U.S. Priority Mail, postage prepaid, to each:

George Shope
11840 St. Rt. 139
Jackson, OH  45640

and

Joshua Gee
7141 Mount Tabor Rd.
Chillicothe, OH  45601-8558

The tracking number for the delivery to Mr. Shope is 9114 9014 9645 1491 1052 20. The delivery to Mr. Shope was made on the 17th day of September, 2021.

Attachment "B" hereto contains a true and correct copy of each the cover letter and attachment to Mr. Shope, the USPS receipt, and the USPS delivery confirmation for tracking number 9114 9014 9645 1491 1052 20.

The tracking number for the delivery to Mr. Gee is 9114 9014 9645 1491 1052 13. The delivery to Mr. Gee was made on the 17th day of September, 2021.

Attachment "C" hereto contains a true and correct copy of each the cover letter and attachment to Mr. Gee, the USPS receipt, and the USPS delivery confirmation for tracking number 9114 9014 9645 1491 1052 13.

DATED this 20th day of September, 2021.

        HORNADY MANUFACTURING CO.,
        Defendant

By:   /s/ Kevin J. Schneider
      Kevin J. Schneider, # 18898
      CLINE WILLIAMS WRIGHT
        JOHNSON & OLDFATHER, L.L.P.
      1900 U.S. Bank Building
      233 South 13th Street
      Lincoln, Nebraska 68608-2095
      (402) 474-6900
      kschneider@clinewilliams.com

*Admitted Pro Hac Vice*

James E. Arnold (0037712)
Damion M. Clifford (077777)
Arnold & Clifford LLP
115 W. Main Street, 4th Floor
Columbus, NE 43215
dclifford@arnlaw.com

*Counsel for Defendant Hornady*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 20th day of September, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which by its operation will send notification of such filing to all registered parties.

Brian G. Miller
Adam L. Slone
Brian G. Miller Co., LPA
250 West Old Wilson Bridge Road, Suite 270
Worthington, Ohio 43085
bgm@bgmillerlaw.com
als@bgmillerlaw.com
*Attorneys for Plaintiff*

Robert V. Kish
Remington Co., LPA
200 Civic Center Drive, Suite 800
Columbus, Ohio 43215
rkish@reminger.com
*Attorney for Defendants Remington Arms Company, LLC and Remington Outdoor Co., Inc.*

Steven E. Danekas
Swanson Martin & Bell, LLP
Suite 3300
330 North Wabash
Chicago, IL 60611
sdanekas@smbtrials.com
*Attorney for Defendants Remington Arms Company, LLC and Remington Outdoor Co., Inc.*

I further certify that on the 20th day of September, 2021, a true and copy of the above and foregoing was placed in postage prepaid regular U.S. mail to the following:

George Shope
11870 State Route 139
Jackson, OH 45640

Joshua Gee
7141 Mount Tabor Road
Chillicothe, OH 45601

        By:   /s/ Kevin J. Schneider
               Kevin J. Schneider

4826-2559-6667, v. 1

Attachment A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DAKOTA FISCHER,**

                Plaintiff,                      NOTICE

v.                                        Case No. 2:19-cv-1342
                                              JUDGE SARGUS, JR.

**REMINGTON ARMS COMPANY, LLC, et al.,**

                Defendants.

**TAKE NOTICE** that a proceeding in this case has been RESET for the place, date, and time set forth below:

Place:  United States District Court              Courtroom No. 311
         Joseph P. Kinneary U.S. Courthouse
         85 Marconi Boulevard                  **October 14, 2021 at 9:00 a.m.**
         Columbus, Ohio 43215

TYPE OF PROCEEDING: **In-Person Evidentiary Hearing**

**Special Instructions:**
The movants will serve the non-party witnesses with the notice.
The movant will have one hour.

                                                        EDMUND A. SARGUS, JR.
                                                        UNITED STATES DISTRICT JUDGE

DATE:   September 13, 2021

                                                           /s /   Christin M. Werner
                                                          (By) Christin M. Werner, Deputy Clerk

SCOTT D. KELLY
MARK A. CHRISTENSEN
RICHARD P. GARDEN, JR.
JOHN C. MILES
THOMAS C. HUSTON
DON R. JANSSEN
SUSAN K. SAPP
KEVIN J. SCHNEIDER
GARY R. BATENHORST
JILL GOSSIN JENSEN
ROCHELLE A. MULLEN
TRENTEN P. BAUSCH
MICHAEL C. PALLESEN
RICHARD P. JEFFRIES
TRACY A. OLDEMEYER
TRENT R. SIDDERS
ANDRE R. BARRY
DAVID J. ROUTH
JASON R. YUNGTUM
MEGAN S. WRIGHT
THERESA D. KOLLER
AUSTIN L. MCKILLIP
KEITH T. PETERS
ANDREW R. WILLIS
TARA A. STINGLEY
SEAN D. WHITE
MICHELLE L. SITORIUS
MICHAEL J. WHALEY
RUSSELL J. SPRAGUE
RENEE A. EVELAND
HENRY L. WIEDRICH
DANIEL W. OLDENBURG

# CLINE WILLIAMS
## WRIGHT JOHNSON & OLDFATHER, L.L.P.
ATTORNEYS AT LAW
ESTABLISHED 1857

233 SOUTH 13TH STREET
1900 U.S. BANK BUILDING
LINCOLN, NEBRASKA 68508-2095
(402) 474-6900
www.clinewilliams.com

ADAM W. BARNEY
GREGORY S. FRAYSER
JENNIE A. KUEHNER
TRAVIS W. TETTENBORN
BEAU B. BUMP
SHANNON E. FALLON
JODY N. DUVALL
CRISTIN MCGARRY BERKHAUSEN
KATIE A. JOSEPH
LILY AMARE
JOHN F. ZIMMER, V
NATHAN D. CLARK
PAUL B. DONAHUE
ALISON K. JANECEK
SYDNEY M. HUSS
BRITTNEY M. HOLLEY
AMANDA C. SWISHER
ELIZABETH A. STEVENSON
ISAIAH J. FROHLING

STEPHEN E. GEHRING
L. BRUCE WRIGHT
ROBERT J. ROUTH
DAVID R. BUNTAIN
TERRY R. WITTLER
RICHARD A. SPELLMAN
DAVID O. COLVER†
DONALD F. BURT (INACTIVE)
STEPHEN H. NELSEN (INACTIVE)

†ATTORNEYS ADMITTED IN COLORADO ONLY

September 14, 2021

# Attachment B

**U.S. Priority Mail**
George Shope
11840 St. Rt. 139
Jackson, OH 45640

**U.S. Priority Mail**
Joshua Gee
7141 Mount Tabor Rd
Chillicothe, OH 45601-8558

Re: Rescheduled Hearing on Motion for Sanctions
Thursday, October 14, at 9:00 a.m.
Motion for Sanctions against Non-Party Witnesses George Shope and Joshua Gee

Dear Mr. Shope and Mr. Gee:

The USDC for the Southern District of Ohio, Eastern Division has reset the hearing on Hornady's Motion for Sanctions Against Non-Party Witnesses George Shope and Joshua Gee for 9:00 a.m. on Thursday, October 14, 2021, in Courtroom #311 in the United States District Court, Joseph P. Kinneary U.S. Courthouse, 85 Marconi Boulevard, Columbus, Ohio 43215.

This will be an In-Person Evidentiary Hearing. The hearing will be before Edmund A. Sargus, Jr., United Stated District Judge.

Enclosed is a copy of the Court's Notice dated September 13, 2021, resetting the hearing for October 14, 2021 at 9:00 a.m.

12910 PIERCE STREET
SUITE 200
OMAHA, NE 68144-1105
(402) 397-1700

1207 M STREET
P.O. BOX 510
AURORA, NE 68818
(402) 694-6314

215 MATHEWS STREET
SUITE 300
FORT COLLINS, CO 80524
(970) 221-2637

131 W. EMERSON STREET
HOLYOKE, CO 80734
(970) 854-2264

September 14, 2021
Page 2

    I've communicated to each of you about this matter several times in the past. I have received no response at all from Mr. Gee. If either of you would like to make a proposal to attempt to resolve this matter in advance of the hearing, please let me know.

                                         Very Truly Yours,

                                         Kevin J. Schneider
                                         For the Firm

Enclosures

Cc:  Damian Clifford (via email with enclosures)
      Steve Hornady (via email with enclosures)
      Robert Kish (via email with enclosures)
      Jim Arnold (via email with enclosures)
      Steve Danekas (via email with enclosures)
      Brian Miller (via email with enclosures)
      Adam Slone (via email with enclosures)

4851-1660-9019, v. 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DAKOTA FISCHER,**

        **Plaintiff,**          **NOTICE**

v.          Case No. 2:19-cv-1342
         **JUDGE SARGUS, JR.**

**REMINGTON ARMS COMPANY, LLC, et al.,**

        **Defendants.**

    **TAKE NOTICE** that a proceeding in this case has been RESET for the place, date, and time set forth below:

Place: United States District Court      Courtroom No. 311
       Joseph P. Kinneary U.S. Courthouse
       85 Marconi Boulevard      **October 14, 2021 at 9:00 a.m.**
       Columbus, Ohio 43215

TYPE OF PROCEEDING: **In-Person Evidentiary Hearing**

**Special Instructions:**
The movants will serve the non-party witnesses with the notice.
The movant will have one hour.

                         **EDMUND A. SARGUS, JR.**
                         **UNITED STATES DISTRICT JUDGE**

DATE:  September 13, 2021

                           _/s/  Christin M. Werner_
                           (By) Christin M. Werner, Deputy Clerk




PLEASE PRESS FIRMLY

PLEASE PRESS FIRMLY

U.S. POSTAGE PITNEY BOWES
ZIP 68508 $ 007.95[0]
02 4W
0000355527 SEP 14 2021

**PRIORITY MAIL**®

ED STATES POSTAL SERVICE

ate Mailing Envelope

at usps.com

TIONAL RESTRICTIONS APPLY:

forms are required. Consult the
nal Mail Manual (IMM) at pe.usps.com
etail associate for details.

TRY FLAT RA
PRIORITY
▪ Built-ir
▪ Postag
▪ No shipp
▪ Free Pack
uspsstore.st

UNITED STATES POSTAL SERVICE®

USPS TRACKING #

9114 9014 9645 1491 1052 20

Label 400 Jan. 2013
7690-16-000-7948

CLINE WILLIAMS
WRIGHT JOHNSON & OLDFATHER
233 SOUTH 13TH STREET
1900 U.S. BANK BUILDING
LINCOLN, NEBRASKA 68508-2095

*TO* George Shope
11840 St. Rt. 139
Jackson, OH 45640

Please Recycle

*This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F-P-PP © U.S. Postal Service; June 2012; All rights reserved.*

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 9114901496451491105220

Remove ✕

Your item was delivered in or at the mailbox at 12:20 pm on September 17, 2021 in JACKSON, OH 45640.

## ⊘ Delivered, In/At Mailbox

September 17, 2021 at 12:20 pm
JACKSON, OH 45640

Get Updates ⌄

Text & Email Updates ⌄

Tracking History ⌃

**September 17, 2021, 12:20 pm**
Delivered, In/At Mailbox
JACKSON, OH 45640
Your item was delivered in or at the mailbox at 12:20 pm on September 17, 2021 in JACKSON, OH 45640.

**September 17, 2021, 6:10 am**
Out for Delivery
JACKSON, OH 45640

**September 17, 2021, 5:14 am**
Arrived at Post Office

JACKSON, OH 45640

September 17, 2021, 4:11 am
Arrived at USPS Facility
JACKSON, OH 45640

September 17, 2021, 2:52 am
Departed USPS Facility
CHILLICOTHE, OH 45601

September 16, 2021, 2:29 pm
Arrived at USPS Facility
CHILLICOTHE, OH 45601

September 16, 2021, 1:13 pm
Departed USPS Regional Facility
COLUMBUS OH DISTRIBUTION CENTER

September 16, 2021, 2:36 am
Arrived at USPS Regional Facility
COLUMBUS OH DISTRIBUTION CENTER

September 15, 2021
In Transit to Next Facility

September 14, 2021, 9:39 pm
Arrived at USPS Regional Facility
OMAHA NE DISTRIBUTION CENTER

Product Information

See Less

SCOTT D. KELLY
MARK A. CHRISTENSEN
RICHARD P. GARDEN, JR.
JOHN C. MILES
THOMAS C. HUSTON
DON R. JANSSEN
SUSAN K. SAPP
KEVIN J. SCHNEIDER
GARY R. BATENHORST
JILL GOSSIN JENSEN
ROCHELLE A. MULLEN
TRENTEN P. BAUSCH
MICHAEL C. PALLESEN
RICHARD P. JEFFRIES
TRACY A. OLDEMEYER
TRENT R. SIDDERS
ANDRE R. BARRY
DAVID J. ROUTH
JASON R. YUNGTUM
MEGAN S. WRIGHT
THERESA D. KOLLER
AUSTIN L. MCKILLIP
KEITH T. PETERS
ANDREW R. WILLIS
TARA A. STINGLEY
SEAN D. WHITE
MICHELLE L. SITORIUS
MICHAEL J. WHALEY
RUSSELL J. SPRAGUE
RENEE A. EVELAND
HENRY L. WIEDRICH
DANIEL W. OLDENBURG

# CLINE WILLIAMS
# WRIGHT JOHNSON & OLDFATHER, L.L.P.
ATTORNEYS AT LAW
ESTABLISHED 1857

233 SOUTH 13TH STREET
1900 U.S. BANK BUILDING
LINCOLN, NEBRASKA 68508-2095
(402) 474-6900
www.clinewilliams.com

ADAM W. BARNEY
GREGORY S. FRAYSER
JENNIE A. KUEHNER
TRAVIS W. TETTENBORN
BEAU B. BUMP
SHANNON E. FALLON
JODY N. DUVALL
CRISTIN MCGARRY BERKHAUSEN
KATIE A. JOSEPH
LILY AMARE
JOHN F. ZIMMER, V
NATHAN D. CLARK
PAUL B. DONAHUE
ALISON K. JANECEK
SYDNEY M. HUSS
BRITTNEY M. HOLLEY
AMANDA C. SWISHER
ELIZABETH A. STEVENSON
ISAIAH J. FROHLING

STEPHEN E. GEHRING
L. BRUCE WRIGHT
ROBERT J. ROUTH
DAVID R. BUNTAIN
TERRY R. WITTLER
RICHARD A. SPELLMAN
DAVID O. COLVER†
DONALD F. BURT (INACTIVE)
STEPHEN H. NELSEN (INACTIVE)

†ATTORNEYS ADMITTED IN COLORADO ONLY

September 14, 2021

**Attachment C**

**U.S. Priority Mail**
George Shope
11840 St. Rt. 139
Jackson, OH 45640

**U.S. Priority Mail**
Joshua Gee
7141 Mount Tabor Rd
Chillicothe, OH 45601-8558

Re: Rescheduled Hearing on Motion for Sanctions
Thursday, October 14, at 9:00 a.m.
Motion for Sanctions against Non-Party Witnesses George Shope and Joshua Gee

Dear Mr. Shope and Mr. Gee:

The USDC for the Southern District of Ohio, Eastern Division has reset the hearing on Hornady's Motion for Sanctions Against Non-Party Witnesses George Shope and Joshua Gee for 9:00 a.m. on Thursday, October 14, 2021, in Courtroom #311 in the United States District Court, Joseph P. Kinneary U.S. Courthouse, 85 Marconi Boulevard, Columbus, Ohio 43215.

This will be an In-Person Evidentiary Hearing. The hearing will be before Edmund A. Sargus, Jr., United Stated District Judge.

Enclosed is a copy of the Court's Notice dated September 13, 2021, resetting the hearing for October 14, 2021 at 9:00 a.m.

12910 PIERCE STREET
SUITE 200
OMAHA, NE 68144-1105
(402) 397-1700

1207 M STREET
P.O. BOX 510
AURORA, NE 68818
(402) 694-6314

215 MATHEWS STREET
SUITE 300
FORT COLLINS, CO 80524
(970) 221-2637

131 W. EMERSON STREET
HOLYOKE, CO 80734
(970) 854-2264

September 14, 2021
Page 2

      I've communicated to each of you about this matter several times in the past. I have received no response at all from Mr. Gee. If either of you would like to make a proposal to attempt to resolve this matter in advance of the hearing, please let me know.

                                  Very Truly Yours,

                                  Kevin J. Schneider
                                  For the Firm

Enclosures

Cc:  Damian Clifford (via email with enclosures)
       Steve Hornady (via email with enclosures)
       Robert Kish (via email with enclosures)
       Jim Arnold (via email with enclosures)
       Steve Danekas (via email with enclosures)
       Brian Miller (via email with enclosures)
       Adam Slone (via email with enclosures)

4851-1660-9019, v. 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DAKOTA FISCHER,**

            **Plaintiff,**        **NOTICE**

v.        Case No. 2:19-cv-1342
       **JUDGE SARGUS, JR.**

**REMINGTON ARMS COMPANY, LLC, et al.,**

            **Defendants.**

     **TAKE NOTICE** that a proceeding in this case has been RESET for the place, date, and time set forth below:

Place: United States District Court       Courtroom No. 311
        Joseph P. Kinneary U.S. Courthouse
        85 Marconi Boulevard       **October 14, 2021 at 9:00 a.m.**
        Columbus, Ohio 43215

TYPE OF PROCEEDING: **In-Person Evidentiary Hearing**

**Special Instructions:**
The movants will serve the non-party witnesses with the notice.
The movant will have one hour.

                                                   **EDMUND A. SARGUS, JR.**
                                                   **UNITED STATES DISTRICT JUDGE**

DATE:  September 13, 2021

                                                      /s /   Christin M. Werner
                                                     (By) Christin M. Werner, Deputy Clerk

EP14F November 2011 © U.S. Postal Service; November 2011. All rights reserved. Misuse may be a violation of federal law. This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. This packaging is not for resale. EP14F © U.S. Postal Service; November 2011. All rights reserved.



U.S. POSTAGE >> PITNEY BOWES
$ 007.95⁰
ZIP 68508
02 4W
0000355527 SEP 14 2021

PLEASE PRESS FIRMLY





UNITED STATES POSTAL SERVICE®
USPS TRACKING #
9114 9014 9645 1491 1052 13
Label 400 Jan. 2013
7690-16-000-7948

**CLINE WILLIAMS**
WRIGHT JOHNSON & OLDFATHER
233 SOUTH 13TH STREET
1900 U.S. BANK BUILDING
LINCOLN, NEBRASKA 68508-2095

TO  Joshua Gee
    7141 Mount Tabor Rd
    Chillicothe, OH 45601-8558

**PRIORITY MAIL®**
UNITED STATES POSTAL SERVICE

PLEASE PRESS FIRMLY

...ate Mailing Envelope
...at usps.com

...TIONAL RESTRICTIONS APPLY:
...forms are required. Consult the
...nal Mail Manual (IMM) at pe.usps.gov
...etail associate for details.



# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 9114901496451491105213

Remove ✕

Your item was delivered in or at the mailbox at 11:24 am on September 17, 2021 in CHILLICOTHE, OH 45601.

## ⊘ Delivered, In/At Mailbox

September 17, 2021 at 11:24 am
CHILLICOTHE, OH 45601

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

September 17, 2021, 11:24 am
Delivered, In/At Mailbox
CHILLICOTHE, OH 45601
Your item was delivered in or at the mailbox at 11:24 am on September 17, 2021 in CHILLICOTHE, OH 45601.

September 17, 2021, 6:40 am
Out for Delivery
CHILLICOTHE, OH 45601

**September 17, 2021, 6:29 am**
Arrived at Post Office
CHILLICOTHE, OH 45601

**September 16, 2021, 2:36 am**
Arrived at USPS Regional Facility
COLUMBUS OH DISTRIBUTION CENTER

**September 15, 2021**
In Transit to Next Facility

**September 14, 2021, 9:40 pm**
Arrived at USPS Regional Facility
OMAHA NE DISTRIBUTION CENTER

**Product Information** ⌄

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**