# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DAKOTA FISCHER, | |
| Plaintiff, | Case No. 2:19-cv-01342 |
| vs. | |
| REMINGTON ARMS COMPANY, LLC, *et al.*, | District Judge Edmund A. Sargus |
| Defendants. | Magistrate Judge Elizabeth Preston Deavers |

## DEFENDANT HORNADY MANUFACTURING COMPANY'S NOTICE OF FILING EXHIBITS FROM OCTOBER 14, 2021 EVIDENTIARY HEARING

Now comes Defendant Hornady Manufacturing Company, by and through its attorney of record, and hereby gives notice of the filing of Exhibit K, Exhibit L, and the Declaration of Kevin J. Schneider Regarding Attorney Fees (and attached Exhibits A and B), all of which were used at the hearing on the Motion for Sanctions held on October 14, 2021.

Respectfully Submitted,

*/s/ Damion M. Clifford*
James E. Arnold     (0037712)
Damion M. Clifford   (0077777)
James E. Arnold & Associates, LPA
115 W. Main St., 4th Floor
Columbus, Ohio  43215
(614) 460-1600
jarnold@arnlaw.com
dclifford@arnlaw.com

/s/ Kevin J. Schneider
Kevin J. Schneider (*pro hac vice* to be submitted)
CLINE WILLIAMS WRIGHT
JOHNSON & OLDFATHER, L.L.P.
1900 U.S. Bank Building
233 South 13th Street
Lincoln, Nebraska 68608-2095
(402) 474-6900
kschneider@clinewilliams.com


*Counsel for Defendant*
HORNADY MANUFACTURING CO.


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 14th day of October, 2021, the foregoing Notice was electronically filed via the Clerk of Court's CM/ECF system, which by its operation will send notification to all counsel of record.


s/ Damion M. Clifford
Damion M. Clifford