# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DAKOTA FISCHER,**

    **Plaintiff,**

**v.**                                                                        **CASE NUMBER 2:19-CV-1342**
                                                                          **Judge Edmund A. Sargus, Jr.**

**REMINGTON ARMS COMPANY, LLC,** *et al.***,**

    **Defendants.**

## CIVIL MINUTES
## IN-PERSON EVIDENTIARY HEARING HELD OCTOBER 14, 2021 AT 9:00 A.M.

**Defendant Hornady Manufacturing Co. represented by attorneys James Arnold and Kevin Schneider**

George Shope sworn in and testified on his behalf.
Cross examination of Mr. Shope by attorney Kevin Schneider.
Mr. Shope testified to defendant exhibits K and L.

Joshua Gee sworn in and testified on his behalf.
Cross examination of Mr. Gee by attorney Kevin Schneider.
Mr. Gee testified to defendant exhibits K and L.

The Court finds deliberate misrepresentation and Orders George Shope to pay $3,600 to Hornady Manufacturing Company.