UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DAKOTA FISCHER, | CIVIL ACTION NO. 2:19-cv-01342 |
| Plaintiff, | |
| vs. | |
| REMINGTON ARMS COMPANY, LLC, REMINGTON OUTDOOR CO., INC., THE MARLIN FIREARMS CO., HORNADY MANUFACTURING CO., and ABC COMPANIES #1 through #5, | Judge Edmund A. Sargus, Jr. |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I, Kevin J. Schneider, hereby certify that on the 1st day of November, 2021 a true and correct copy of this court's Opinion & Order (Docket Entry No. 69) was mailed to George Shope at Mr. Shope's last known address.

A copy of the November 1, 2021 cover letter to Mr. Shope with the attached Opinion & Order is attached hereto.

DATED this 1st day of November, 2021.

HORNADY MANUFACTURING CO.,
Defendant

By: /s/ Kevin J. Schneider
Kevin J. Schneider, # 18898
CLINE WILLIAMS WRIGHT
  JOHNSON & OLDFATHER, L.L.P.
1900 U.S. Bank Building
233 South 13th Street
Lincoln, Nebraska 68608-2095
(402) 474-6900
kschneider@clinewilliams.com

*Admitted Pro Hac Vice*

James E. Arnold (0037712)
Damion M. Clifford (077777)
Arnold & Clifford LLP
115 W. Main Street, 4th Floor
Columbus, NE 43215
dclifford@arnlaw.com

*Counsel for Defendant Hornady*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 1st day of November, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which by its operation will send notification of such filing to all registered parties.

Brian G. Miller
Adam L. Slone
Brian G. Miller Co., LPA
250 West Old Wilson Bridge Road, Suite 270
Worthington, Ohio 43085
bgm@bgmillerlaw.com
als@bgmillerlaw.com
*Attorneys for Plaintiff*

Robert V. Kish
Remington Co., LPA
200 Civic Center Drive, Suite 800
Columbus, Ohio 43215
rkish@reminger.com
*Attorney for Defendants Remington Arms Company, LLC and Remington Outdoor Co., Inc.*

Steven E. Danekas
Swanson Martin & Bell, LLP
Suite 3300
330 North Wabash
Chicago, IL 60611
sdanekas@smbtrials.com
*Attorney for Defendants Remington Arms Company, LLC and Remington Outdoor Co., Inc.*

I further certify that on the 1st day of November, 2021, a true and copy of the above and foregoing was placed in postage prepaid regular U.S. mail to the following:

George Shope
11840 St. Rt. 139
Jackson, OH  45640

                    By:    /s/ Kevin J. Schneider
                             Kevin J. Schneider

SCOTT D. KELLY
MARK A. CHRISTENSEN
RICHARD P. GARDEN, JR.
JOHN C. MILES
THOMAS C. HUSTON
DON R. JANSSEN
SUSAN K. SAPP
KEVIN J. SCHNEIDER
GARY R. BATENHORST
JILL GOSSIN JENSEN
ROCHELLE A. MULLEN
TRENTEN P. BAUSCH
MICHAEL C. PALLESEN
RICHARD P. JEFFRIES
TRACY A. OLDEMEYER
TRENT R. SIDDERS
ANDRE R. BARRY
DAVID J. ROUTH
JASON R. YUNGTUM
MEGAN S. WRIGHT
THERESA D. KOLLER
AUSTIN L. MCKILLIP
KEITH T. PETERS
ANDREW R. WILLIS
TARA A. STINGLEY
SEAN D. WHITE
MICHELLE L. SITORIUS
MICHAEL J. WHALEY
RUSSELL J. SPRAGUE
RENEE A. EVELAND
HENRY L. WIEDRICH
DANIEL W. OLDENBURG

ADAM W. BARNEY
GREGORY S. FRAYSER
JENNIE A. KUEHNER
TRAVIS W. TETTENBORN
BEAU B. BUMP
SHANNON E. PALLON
JODY N. DUVALL
CRISTIN MCGARRY BERKHAUSEN
KATIE A. JOSEPH
LILY AMARE
JOHN F. ZIMMER, V
NATHAN D. CLARK
PAUL B. DONAHUE
ALISON JANECEK BORER
SYDNEY M. HUSS
BRITTNEY M. HOLLEY
AMANDA C. SWISHER
ELIZABETH A. STEVENSON
ISAIAH J. FROHLING
CHRISTOPHER B. GREENE
JESSICA K. ROBINSON

STEPHEN E. GEHRING
L. BRUCE WRIGHT
ROBERT J. ROUTH
DAVID R. BUNTAIN
TERRY R. WITTLER
RICHARD A. SPELLMAN
DAVID O. COLVER †
DONALD F. BURT (INACTIVE)
STEPHEN H. NELSEN (INACTIVE)

†ATTORNEYS ADMITTED IN COLORADO ONLY

# CLINE WILLIAMS
# WRIGHT JOHNSON & OLDFATHER, L.L.P.

ATTORNEYS AT LAW
ESTABLISHED 1857

233 SOUTH 13TH STREET
1900 U.S. BANK BUILDING
LINCOLN, NEBRASKA 68508-2095

(402) 474-6900
www.clinewilliams.com

November 1, 2021

**VIA REGULAR US MAIL**

George Shope
11840 St. Rt. 139
Jackson, OH  45640

      Re:  Fischer v. Remington, et. al
           October 15, 2021 Opinion & Order

Dear Mr. Shope:

    Enclosed is a copy of the Opinion & Order entered by Judge Sargus following the most recent hearing.

    Pursuant to the Opinion & Order, you are ordered to pay to Hornady the sum of $3600 in thirty-six monthly payments starting November 1, 2021 in the amount of $100 each.

    Your $100 monthly payments are required to be mailed to the following address:

        Hornady Manufacturing Company
        Attn:  Stephen D. Hornady
        3625 W. Old Potash Highway
        Grand Island, NE  68803

                      Very truly yours,

                      Kevin J. Schneider
                      For the firm

Enclosure

12910 PIERCE STREET
SUITE 200
OMAHA, NE 68144-1105
(402) 397-1700

1207 M STREET
P.O. BOX 510
AURORA, NE 68818
(402) 694-6314

215 MATHEWS STREET
SUITE 300
FORT COLLINS, CO 80524
(970) 221-2637

131 W. EMERSON STREET
HOLYOKE, CO 80734
(970) 854-2264

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DAKOTA FISCHER,**

    **Plaintiff,**

v.

**REMINGTON ARMS
COMPANY, LLC,** *et al.,*

    **Defendants.**

**Case No. 2:19-cv-1342
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Elizabeth Preston Deavers**

## OPINION & ORDER

The matter before the Court is Defendant Hornady Manufacturing Company's ("Defendant" or "Hornady") Motion for Sanctions against Non-Party Witnesses George Shope and Joshua Gee (ECF No. 40). The Court deferred ruling on that motion until an in-person evidentiary hearing could be conducted on October 14, 2021. (ECF Nos. 54, 61). Accordingly, having conducted the hearing, and as stated therein, the Court **GRANTS IN PART** and **DENIES IN PART** Defendant's motion, and **FINDS** the following:

1. That Mr. Shope abused the judicial process by deliberately misrepresenting facts essential to the case throughout its lifespan, ultimately causing the Defendant to incur significant legal costs.

2. That Mr. Gee, while erring in his deposition testimony, did not abuse the judicial process in a manner warranting judicial sanction.

Accordingly, pursuant to its inherent authority, and in consideration of the costs incurred by Defendant, the Court **ORDERS** Mr. Shope to pay to the Defendant a total sum of **$3,600.00**. *See Chambers v. NASCO, Inc.*, 501 U.S. 32, 46-50 (1991); *Am. Tr. v. Sabino*, No. 99-4214, 2000 WL 1478372, at*1 (6th Cir. Sept. 28, 2000) ("A federal court has the inherent power to impose

sanctions against a party or non-party who has acted in bad faith, vexatiously, wantonly, or for oppressive reasons."). The terms of the payment are as follows:

1. Starting on **November 1, 2021**, Mr. Shope shall pay Hornady a minimum of **$100.00 per month** for **thirty-six consecutive months** or until the total sum of $3,600.00 is paid, whichever occurs sooner.

2. Should Mr. Shope fail to make the required monthly payment, the **entire amount of the outstanding balance will become due** on the first day of the following month. At that point, Hornady may move the Court to enter a judgment against Mr. Shope in the amount of the outstanding balance.

3. No interest shall run on the total sum nor the outstanding balance throughout the duration of the payment period.

4. Mr. Shope shall mail the required monthly payment to the following address:

    Hornady Manufacturing Company
    ATTN: Stephen D. Hornady
    3625 W Old Potash Hwy
    Grand Island, NE 68803

**IT IS SO ORDERED.**

<u>10/15/2021</u>                                  <u>s/Edmund A. Sargus, Jr.</u>
**DATE**                                          **EDMUND A. SARGUS, JR.**
                                                  **UNITED STATES DISTRICT JUDGE**